In the Matter of the Claim of GUS KOCKO against HARRIS COAL COMPANY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued May 23, 1933; decided June 6, 1933.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* of counsel), for The City of New York, *amicus curiæ.*

*Lawrence S. Timen* and *Peter P. Corcoran* for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.